UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JULIO CESAR NAVAS, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00868-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| ANNA MARIE BYRON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#16[1]) entered on February 26, 2013, recommending dismissing with prejudice Plaintiff's First Amended Civil Rights Complaint (#9), filed on October 3, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#16) entered on February 26, 2013, should be adopted and accepted.

---

[1]Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#16) entered on February 26, 2013, is adopted and accepted, and Plaintiff's First Amended Civil Rights Complaint (#9) is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 9th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE